7568

## BARBER v. CRAWFORD.

1. REMITTITUR recalled both parties joining in the application and application having been previously made in time.
2. REHEARING refused.

The opinion in this case was filed on February 23 (85 S. C., 54). On application for stay, stay order was filed on March 14, after remittitur had gone. This order was revoked by order filed March 16. Another application for recall of remittitur and stay of same on petition for rehearing joined in by respondent was filed April 6, and the following per curiam order made thereon:

April 25, 1910. PER CURIAM. This is an application for an order recalling the remittitur in which the respondents have joined.

For this reason and also on the ground that application was made for a stay of the remittitur, although no order was filed within the time required by law, this Court is satisfied that it should be recalled, and it is so ordered.

With reference to the petition for rehearing, the following order was filed:

May 10, 1910. PER CURIAM. After careful consideration of the petition herein, the Court is satisfied that no material question of law or of fact has either been overlooked or disregarded.

It is therefore ordered that the petition be dismissed and that the order heretofore granted, staying the remittitur, be revoked.

Mr. Chief Justice Jones *did not participate in this hearing.*